IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

WINONA FOODS, INC.
1552 Lineville Road
Green Bay, WI 54313,

      Plaintiff,

Civil Action No. _____

v.

TIMOTHY J. KENNEDY, INC. d/b/a
KENNEDY LOGISTICS & WAREHOUSE
8 Greenwood Avenue
Romeoville, IL 60446,

      Defendant.

## COMPLAINT

COMES NOW, the Plaintiff, Winona Foods, Inc., by its attorneys, Liebmann, Conway, Olejniczak & Jerry, S.C. and as and for its Complaint against the above-named Defendant, alleges and shows to the Court as follows:

### PARTIES

1.    The Plaintiff, Winona Foods, Inc. ("Winona"), a corporation in the business of dairy manufacture and supply, is organized and exists under the laws of the state of Wisconsin, with its principal place of business being located at 1552 Lineville Road, Green Bay, WI 54313.

2.    The Defendant, Timothy J. Kennedy, Inc. d/b/a Kennedy Logistics & Warehouse, Inc. ("Kennedy Logistics"), a motor carrier engaged in interstate commerce, authorized by the Federal Motor Carrier Safety Administration ("FMCSA") to transport property throughout the 48 contiguous United States, has its principal place of business located at 8 Greenwood Avenue, Romeoville, Illinois, 60446, with its registered agent being Timothy J. Kennedy.

## JURISDICTION

3. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C.A. § 1337, as this action involves the liability of a motor carrier under 49 U.S.C.A. § 14706 and the amount in controversy exceeds $10,000.00, exclusive of interest and costs.

4. Venue in this district is proper under 28 U.S.C. § 1391(b) & (c) and 28 U.S.C. § 14706(d).

## FACTS

5. On or around June 18, 2007, Kennedy Logistics picked up certain cheese products manufactured by Winona (the "Product") for purposes of transporting the Product on behalf of Winona to a company named Real Mex located in California.

6. Prior to pick-up, Kennedy Logistics was made expressly aware of the fact that the Product had to remain at all times throughout the duration of the transport in a refrigerated trailer that was not to exceed 38 degrees Fahrenheit. Attached hereto as Exhibit "A" is a true and accurate copy of the bill of lading expressly mandating transport in a refrigerated trailer that was not to exceed 38 degrees Fahrenheit.

7. On or around June 22, 2007, the Product transported by Kennedy Logistics sustained loss or damage while in transit; specifically, the Product arrived at Real Mex warm, wet, and melted inside cartons that were misshapen and bloated due to the fact that the temperature of the trailer upon arrival measured at 70 degrees Fahrenheit.

8. The Product was tendered to Kennedy Logistics in good order and condition.

9. Kennedy Logistics failed to deliver the Product in good order and condition at the agreed upon destination, in breach of the contract of carriage for shipment of the Product.

10. As a result of Kennedy Logistics' breach of the contract of carriage, Winona has sustained actual damages in an amount equal to $67,759.70.

11. Winona duly filed, in writing, a notice of claim with Kennedy Logistics on June 25, 2007 for its loss/damages and demanded payment thereof. Attached hereto as Exhibit "B" is a true and accurate copy of Winona's Notice of Loss/Damage Claim and demand for payment.

12. Kennedy Logistics failed to acknowledge some or all of Winona's claims as required by 49 C.F.R. § 370.5.

## COUNT I – 49 U.S.C.A. § 14706

13. Winona repeats and realleges each and every allegation of Paragraphs 1-12 as if fully set forth herein.

14. As a result of its conduct and actions, Kennedy Logistics is liable to Winona for its full, actual damages as a motor carrier under 49 U.S.C.A. § 14706.

15. Accordingly, Kennedy Logistics is liable to Winona for its actual damages in an amount equal to $67,759.70, together with interest thereon from the date that the Product was delivered or scheduled to be delivered, as well as all foreseeable consequential and incidental damages Winona suffered based upon the special circumstances surrounding the Product's transport.

## COUNT II – 49 U.S.C.A. § 14704

16. Winona repeats and realleges each and every allegation of Paragraphs 1-15 as if fully set forth herein.

17. Kennedy Logistics' failure to deliver the Product in good order and condition constitutes a violation of 49 U.S.C.A. § 14706.

18. Kennedy Logistics' failure to acknowledge some or all of Winona's claims as required under statute constitutes a violation of 49 C.F.R. § 370.5.

19. Pursuant to the Interstate Commerce Act, defendants are "liable for damages sustained by a person as a result of an act or omission of that carrier . . . in violation [49 U.S.C.A., Subtitle IV, Part B]."

20. As a result of Kennedy Logistics' breach of the contract of carriage, under 49 U.S.C.A. § 14706, and Kennedy Logistics' violation of the federal claim regulations at 49 C.F.R. pt. 370, Kennedy Logistics is liable, under 49 U.S.C.A. § 14704(a)(2), for Winona's actual damages in an amount equal to $67,759.70, together with interest thereon from the date that the Product was delivered or scheduled to be delivered, as well as all foreseeable consequential and incidental damages Winona suffered based upon the special circumstances surrounding the Product's transport.

21. As a result of Kennedy Logistics' breach of the contract of carriage, under 49 U.S.C.A. § 14706, and Kennedy Logistics' violation of the federal claim regulations at 49 C.F.R. pt. 370, Winona is entitled to an award of reasonable attorney's fees under 49. U.S.C.A. § 14704(e).

WHEREFORE, Winona demands judgment against Kennedy Logistics as follows:

A. An award of Winona's actual costs in an amount equal to $67,759.70, together with prejudgment and post-judgment interest;

B. An award to Winona for all foreseeable consequential and incidental damages Winona suffered based upon the special circumstances surrounding the Product's transport;

C. An award to Winona for its reasonable attorney's fees as authorized by statute, as well as the costs associated with bringing this matter; and

D.  Such other relief as this Court or a jury may determine to be proper and just.

### Jury Demand

A trial by jury is hereby demanded on all issues triable to a jury in this case.

Respectfully submitted 13 day of November, 2007.

By: _____
Tori L. Kluess
Kristen M. Hooker
LIEBMANN, CONWAY, OLEJNICZAK, & JERRY, S.C.
231 South Adams Street
Green Bay, WI 54301
P. O. Box 23200
Green Bay, WI 54305-3200

Attorneys for Plaintiff, Winona Foods, Inc.

#247398

# KENNEDY LOGISTICS AND WAREHOUSE
8 Greenwood Ave.
Romeoville, IL 60446
815-372-9898

| DATE: | ORDER NO. | SHIPPER NO. | MANIFEST NO. |
|---|---|---|---|
| 06/19/07 | 115020 | GN-20070614-6 | 7-95586- |
| CARRIER: | | PALLETS IN: | PALLETS OUT |
| KENNEDY | | | |

**CONSIGNEE:** REAL MEX FOODS
7150 VILLAGE DRIVE
BUENA PARK, CA 90621
714-523-0081

**SHIPPER:** BATTAGLIA DISTRIBUTING CO.
2545 S. ASHLAND AVE.
CHICAGO, IL 60608

| NO. PIECES | DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 24 | SKIDS, CHEESE | 4000 |
| | PO #79373 | |
| | Temp 35 | |
| | DELY APPT 6/22 @ 1200 | |
| | SEAL # INTACT (INITIAL UPON DELIVERY) | |
| | Tractor # 100  Trailer # 264140 | |

Handwritten notes:
- 576 CS
- 1 CASE SHORT ×
- 576 CS
- 1st DELY ONLY 576 BTNS ON-8 PLTS 6/22/07
- Received Product Hold per Mark
- 70°F per Raymond
- 1st DELY MADE ON FRI 6/22/07 REEFER SET
- 576 - 6-22-07
- 1423 - 6-25-07
- rec 1,423 CASES 6-25-07
- Total 1999

RECEIVED JUN 2 5 2007 BY Raymond
025462

Per HUEVELMAN, RICHARD  Date _____ X _____
RECEIVED BY CONSIGNEE

**ANY EXCEPTIONS MUST BE REPORTED AT TIME OF DELIVERY - CALL 800-323-3734**

EXHIBIT A

**LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C.**
A Wisconsin Service Corporation
ATTORNEYS & COUNSELORS AT LAW
231 South Adams Street
Green Bay, Wisconsin 54301
P.O. Box 23200
Green Bay, WI 54305-3200

FILE COPY

HERBERT C. LIEBMANN, III
GREGORY B. CONWAY
THOMAS M. OLEJNICZAK
FREDERICK L. SCHMIDT
R. GEORGE BURNETT
GREGORY A. GROBE
TORI L. KLUESS
ROBERT M. CHARLES
BRICK N. MURPHY
TONY A. KORDUS
JODI L. ARNDT
MICHELE M. MCKINNON
DAVID H. WEBER
KRISTEN M. HOOKER
DAVID L. LASEE
PATRICK M. BLANEY
ROSS W. TOWNSEND
DAWN M. KORVER
JOSEPH W. LAFRAMBOISE
T. WICKHAM SCHMIDT

OF COUNSEL:
J. MICHAEL JERRY

August 9, 2007

TELEPHONE: (920) 437-0476

FACSIMILE: (920) 437-2868

DMK@lcojlaw.com

www.lcojlaw.com

Lloyds of London
c/o Mr. Jeff Inman
Criterion Claim Solutions
P.O. Box 247049
Omaha, NE 68124-7049

Re: **Loss/Damage Claim for Damaged Cheese Delivery on 6/22/07**
Insured: **Kennedy Logistics & Warehouse**

Dear Mr. Inman:

We represent Winona Foods, Inc. In that capacity, the above-referenced claim has been turned over to us for pending legal action. Please forward this correspondence to Lloyds of London and provide the undersigned with Lloyd's contact information and claim number for this claim.

As you know, on June 22, 2007, Kennedy Logistics & Warehouse, your insured, delivered heat-damaged cheese to Real Mex Foods. Upon delivery, the truck box temperature was 70 degrees (well above the 35 degrees contracted for), cartons were misshapen because of condensation, and bags of product were bloated - all indications of transport at an improperly high temperature. Investigation showed that the refrigeration unit on the truck was not operating, and that the truck driver had to use injector cleaner and make numerous attempts at repair.

Real Mex determined that none of the product was acceptable and rejected the shipment. Despite prompt reporting by Winona Foods, Kennedy Logistics has been very unresponsive to this incident, including waiting a whole week to report the incident to its insurer. Due to this lack of response from Kennedy Logistics, Winona Foods is presently incurring storage charges for the product.

Winona Foods promptly submitted a claim to your company on June 25, 2007, for the amount of $91,992.00, with storage charges to be determined and added at a later date. Enclosed is a copy of both the claim form and the detailed loss amount.



INTERNATIO...                    ...IRMS

EXHIBIT
B

**LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C.**

August 9, 2007
Page 2


To date, Winona Foods has had no response to its claim, and has therefore referred the matter to our firm.  We sincerely hope to resolve this promptly and amicably, but it has now been more than six weeks since the loss.  If we do not hear from you within seven (7) days, we will initiate legal proceedings.  Thank you for your anticipated prompt response.

Very truly yours,

**LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C.**


By: _____
     Tori Lynne Kluess

DMK: dmk
Enclosures
Cc:     Winona Foods, Inc.

*#211918*

# Loss/Damage Claim

## Carrier Information

**Name:** Kennedy Logistics & Warehouse
**Address:** 8 Greenwood Ave.
**Address 2:**
**City/State/Zip:** Romeoville IL 60446
**Phone:**
**FAX:**
**Other Info: (Pro#/BOL#/Vehicle#)**

## Claimant's Information

**Name:** Winona
**Address:** 1552 Lineville Rd
**Address 2:**
**City/State/Zip:** Green Bay WI 54313
**Contact:** Drive Meyer
**Phone:** 920-662-2184
**Fax:** 920-662-2193

## Claim Information

**Claim $ amount:**
**Claim For:** ☑ Shortage  ☑ Damage  ☐ Other (specify)

**Pickup Date:** 6-18-07
**Delivery Date:** 6-22-07
**Shipper:** Battaglia Distribution
**Consignee:** Real Mex Foods
**Origin:** 2545 S. Ashland Ave Chicago IL
**Destination:** 7150 Village Dr Buena Park CA
**Pro#/Trailer#:** Trailer # KNTZ 284140
**PO# or Ref#:** 79373

**Briefly Describe what the claim represents:**
Product Received at 70°degree F. Bags of product were bloated. Cartons showed signes of condesation weakening the due to rise in temperature. Storage claim is due to carriers refusal to move rejected product.

| Quantity | Item | Cost/Unit | Total Amount |
|---|---|---|---|
| 2000 | Mont Jack Feather Shred | 2.295/lb | $91,800.00 |
| 24 | Pallets | 8.00/ea | $192.00 |
|  | Storage | TBD |  |

**Inspection Documents:** ☑ Bill of Lading  ☐ Freight Bill  ☐ Freight Invoice  ☑ Inspection Report  ☑ Photographs  ☐ Other (specify)

### If the claim involves damaged goods, please check one or more of the following:

☑ Damaged goods can be repaired for approximately $ 91,992.00
☐ Damaged goods can be used "as is" for an allowance of $ _____
☑ Damaged goods are available for carrier to pickup  DSW Dist. Center Rancho Cucamonga CA
☐ Damaged goods carrier has in there possession - refused at time of delivery
☐ Damaged goods are unavailable for carrier to pickup (explain)

☐ Freight Bill  ☐ Freight Invoice  ☐ Inspection Report  ☐ Photographs  ☐ Other (specify)

### To avoid delay in processing your claim, please attach the appropriate documentation:

☑ Vendor's invoices showing prices of lost or damaged goods (including final page)
☑ Consignee's copy of the freight bill bearing loss or damge notations.
☐ Itemized repair bill, if applicable.
☑ Inspection Report, if available.
☐

**Submitted By:**    **Date:**

**REMIT PAYMENTS TO -**

Claim_Form.xls



**Winona Foods, Inc.**
Box 689947
Milwaukee, WI 53268-9947
Phone: (920) 662-2184
Fax: (920) 662-2195

**DEBIT**

Invoice #: U533285
Date: 06/27/2007
Page: Page 1 of 1

**BILL TO:** KENNEDY LOGISTICS & WAREHOUSE
8 GREENWOOD AVE.
ROMEOVILLE, IL 60446

**SHIP TO:** KENNEDY LOGISTICS & WAREHOUSE
8 GREENWOOD AVE.
ROMEOVILLE, IL 60446

| Customer # | Order # | Order Date | Ship Date | Terms | Due Date |
|---|---|---|---|---|---|
| 1285 | MISC - 001 | 06/27/2007 | 06/27/2007 | NET 15 DAYS | 07/12/2007 |

| Customer PO# | Cost Center | Consolidation # | Ship Via | PPD/COLL/PP&A | PPS# |
|---|---|---|---|---|---|
| 79373 | 001 | MISC | REFRIGERATE | FOB PLUS FREIGHT | |

| ITEM | Winona Stock # / Customer Stock# / DESCRIPTION | UOM | POUNDS | CASES | OVERAGE | MARKET | PER POUND UNIT PRICE | NET PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 11878 / 4/5 LB EW FEATHER SHRD MONTEREY JACK CHEESE CRAFTERS | LB | 40,000.00 | 2,000.00 | | N/A | $2.2950 | 91,800.00 |
| 2 | 97000 / PALLETS | EA | 24.00 | 0.00 | | N/A | $8.0000 | 192.00 |

This invoice is for billing purposes of the full shipment that Kennedy delivered to Real Mex at 70 degrees. The tail of the truck temped out at 70 degrees but Real Mex unloaded the truck to see if any of the cheese was salvagable. Upon further inspection, the whole load was rejected due to being too hot at 70 degrees.

| | Totals | | 40,024.00 | 2,024 | | | | |

COPY

*original sent to Kennedy Logistics*

Handling: 0.00
Freight: 0.00
Discounts: 0.00
Sales Tax: 0.00
**TOTAL: 91,992.00**

# CIVIL COVER SHEET

The JS -- 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**Place an X in the appropriate box:**   ☒ **Green Bay Division**   ☐ **Milwaukee Division**

| I.(a) PLAINTIFFS<br>Winona Foods, Inc.<br>1552 Lineville Road<br>Green Bay, WI 54313 | DEFENDANTS<br>Timothy J. Kennedy, Inc., d/b/a<br>Kennedy Logistics & Warehouse<br>8 Greenwood Avenue<br>Romeoville, IL 60446 |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF : BROWN<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   WILL<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Liebmann, Conway, Olejniczak & Jerry, S.C.<br>231 South Adams Street<br>P.O. Box 23200<br>Green Bay, WI 54305-3200<br>(920) 437-0476 | ATTORNEYS (IF KNOWN) |

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|   |   |   |   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State | | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| | | Citizen or Subject of a Foreign Country | | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(PLACE AN "X" IN ONE BOX ONLY)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☒ 450 Commerce/ICC |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health | ☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>☐ 480 Consumer Credit |
| ☐ 151 Medicare Act | | | ☐ 690 Other | | ☐ 490 Cable/Satellite TV |
| ☐ 152 Recovery of Defaulted Student Loans-Excl. Veterans | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 |
| ☐ 160 Stockholders' Suits | **PERSONAL PROPERTY** | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 345 Marine Product Fraud | ☐ 370 Other | ☐ 730 Labor/Mgmt. | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic |
| ☐ 195 Contract Product Liability | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental |
| ☐ 196 Franchise | ☐ 350 Motor Vehicle Personal | ☐ 371 Truth in Lending | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act<br>☐ 895 Freedom of |
| | ☐ 355 Motor Vehicle Product Liability Damage | ☐ 380 Other Property | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee<br>☐ 950 Constitutionality of |
| | ☐ 360 Other Personal Injury Liability | ☐ 385 Property Damage Product Liability | | | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONE | | FEDERAL TAX SUITS | |

| | | | | |
|---|---|---|---|---|
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence **HABEAS CORPUS:** | | ☐ 870 Taxes (U.S. Plaintiff or |
| ☐ 220 Foreclosure | ☐ 442 Employment | | | ☐ 871 IRS – Third Party 26 USC 7609 |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | | | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer w/Disabilities - Employment | ☐ 530 General | | |
| ☐ 290 All Other Real | ☐ 446 Amer w/Disabilities - Other | ☐ 535 Death Penalty | | |
| | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

**V. ORIGIN** *(PLACE AN "X" IN ONE BOX ONLY)*

**X** 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district Litigation  ☐ 6 Multidistrict

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

49 U.S.C.A. § 14706 – liability of motor carrier

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23  **DEMAND $**  CHECK YES only if demanded in complaint: **JURY DEMAND:** **X** YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER

DATE 11/13/07

SIGNATURE OF ATTORNEY OF RECORD

*Kristen M. Hinds* (signature)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS — 44
## Authority For Civil Cover Sheet

The JS — 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.  (a) Plaintiffs — Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a),F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS -- 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section V below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V. Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS — 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.