IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

WINONA FOODS, INC.
1552 Lineville Road
Green Bay, WI 54313

       Plaintiff,

-vs-

       Case No. _____

TIMOTHY J. KENNEDY, INC., d/b/a
KENNEDY LOGISTICS & WAREHOUSE
8 Greenwood Avenue
Romeoville, IL 60446

       Defendant.

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Plaintiff, Winona Foods, Inc., furnishes the following list in compliance with General L.R. 83.9:

(a) The full name of every party or *amicus* the attorney represents: Winona Foods, Inc.

(b) If such party or *amicus* is a corporation:

   (1) Its parent corporation: N/A.

   (2) A list of corporate stockholders which are publicly held companies owning 10% or more of the stock of the party or *amicus*: N/A.

(c) The name of all law firms whose partners or associates appear for the party or are expected to appear for the party in this Court:

   Tori L. Kluess
   Kristen M. Hooker
   Liebmann, Conway, Olejniczak & Jerry, S.C.
   231 South Adams Street
   Green Bay, WI 54301
   P.O. Box 23200
   Green Bay, WI 54305-3200

- 2 -

Dated this 13 day of November, 2007.

By: _____
Tori L. Kluess
Kristen M. Hooker
LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C.
231 South Adams Street
Green Bay, WI 54301
P.O. Box 23200
Green Bay, WI 54305-3200

Attorneys for Plaintiff, Artigianale Italiano, Inc.

#249030