IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

WINONA FOODS, INC.,

      Plaintiff,

-vs-

                                  Case No. 07-C-1003

TIMOTHY J. KENNEDY, INC., d/b/a
KENNEDY LOGISTICS & WAREHOUSE,

      Defendant.

## CERTIFICATE OF SERVICE

      I hereby certify that on November 19, 2007, I electronically filed the Refusal to Consent to Proceed Before a U.S. Magistrate Judge with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Tori L. Kluess and Kristen M. Hooker of Liebmann, Conway, Olejniczak & Jerry, S.C.; and I hereby certify that I have mailed by United States Postal Service the above-referenced document to the following non-ECF participants: Timothy J. Kennedy, Inc., d/b/a Kennedy Logistics & Warehouse.

      Respectfully submitted this 19th day of November, 2007.

                        By:   s/ Kristen M. Hooker
                                 Tori L. Kluess, State Bar No. 1017508
                                 Kristen M. Hooker, State Bar No. 1049878
                                 Attorneys for Plaintiff
                                 LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C.
                                 231 South Adams Street
                                 Green Bay, WI 54301
                                 P.O. Box 23200
                                 Green Bay, WI 54305-3200
                                 Phone: 920-437-0476
                                 Fax: 920-437-2868
                                 tlk@lcojlaw.com
                                 kmh@lcojlaw.com

#251224