UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

WINONA FOODS, INC.,

        Plaintiff,

v.

TIMOTHY J. KENNEDY, INC.
d/b/a KENNEDY LOGISTICS & WAREHOUSE,

        Defendant.

Case No. 07-C-1003
Honorable William C. Griesbach

**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
UNDER F.R.C.P. §12(b)(6), FOR LACK OF JURISDICTION OVER
THE PERSON UNDER F.R.C.P. §12(b)(2), FOR IMPROPER VENUE
PURSUANT TO F.R.C.P. 12(b)(3) OR, IN THE ALTERNATIVE,
TO CHANGE VENUE PURSUANT TO 28 U.S.C. 1404(a)**

      The Defendant, Timothy J. Kennedy, Inc. d/b/a Kennedy Logistics of Illinois, by its attorneys, Davis & Kuelthau, s.c., moves the Court to dismiss this action for lack of jurisdiction over the Defendant, for improper venue, or, in the alternative, to change the venue to a proper forum, the Southern Division of the Central District of California, at Santa Ana, California, or, the Northern District of Illinois at Wheaton, Illinois, both places where the case could have been brought. This motion is made under F.R.C.P. §12(b)(6), §12(b)(2), §12(b)(3) and 28 U.S.C. 1404(a). These motions are supported by the accompanying brief and Affidavit of Norman Breyer.

Dated:  March 28, 2008.                          DAVIS & KUELTHAU, S.C.


                                                 s/ Thomas L. Schober
                                                 Thomas L. Schober
                                                 State Bar No.:  1013951
                                                 Attorneys for Defendant,
                                                 Timothy J. Kennedy, Inc.
                                                 d/b/a Kennedy Logistics of Illinois


**POST OFFICE ADDRESS:**
Davis & Kuelthau, s.c.
318 South Washington, Suite 300
Green Bay, WI  54301
Phone:  (920) 435-9378
Fax:  (920) 435-9391
E-mail:  tschober@dkattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Attorney Tori L. Kluess
Liebmann, Conway, Olejniczak & Jerry, S.C.
231 South Adams Street
P.O. Box 23200
Green Bay, WI  54305-3200
Phone:  (920) 437-0476
Fax:  (920) 437-2868
Email:  tlk@lcojlaw.com

Attorney Kristen M. Hooker
Liebmann, Conway, Olejniczak & Jerry, S.C.
231 South Adams Street
P.O. Box 23200
Green Bay, WI  54305-3200
Phone:  (920) 437-0476
Fax:  (920) 437-2868
Email:  kmh@lcojlaw.com

Dated this 28th day of March, 2008.

                                              s/ Thomas L. Schober
                                              Thomas L. Schober
                                              State Bar No. 1013951
                                              Davis & Kuelthau, s.c.
                                              Attorneys for Defendant,
                                              Timothy J. Kennedy, Inc.
                                              d/b/a Kennedy Logistics of Illinois

**POST OFFICE ADDRESS:**
Davis & Kuelthau, s.c.
318 South Washington, Suite 300
Green Bay, WI  54301
Phone:  (920) 435-9378
Fax:  (920) 435-9391
E-mails:         tschober@dkattorneys.com