UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

WINONA FOODS, INC.,

        Plaintiff,

v.

TIMOTHY J. KENNEDY, INC.
d/b/a KENNEDY LOGISTICS & WAREHOUSE,

        Defendant.

Case No. 07-C-1003
Honorable William C. Griesbach

## AFFIDAVIT OF NORMAN BREYER

STATE OF ILLINOIS    :
                              : ss.
COUNTY OF WILL    :

Norman Breyer being first duly sworn on oath deposes and says that:

1.    He is the CFO of Timothy J. Kennedy, Inc. d/b/a Kennedy Logistics of Illinois ("Kennedy Logistics") and makes this affidavit on its behalf.

2.    Timothy J. Kennedy, Inc. d/b/a Kennedy Logistics of Illinois is incorporated under the laws of Illinois with its principal place of business at Romeoville, Illinois.

3.    Kennedy Logistics is an interstate motor carrier but it has no terminals, offices, routes or employees in the State of Wisconsin.

4.    The movement described in Plaintiff's complaint began on June 14, 2007, when Defendant, Kennedy Logistics, was requested by a transportation broker to pick up a shipment of shredded processed cheese at Battaglia Distributing Corp., Inc. ("Battaglia") at 2545 South

Ashland Avenue, Chicago, Illinois, at 9:00 a.m. on June 19, 2007. A copy of the order confirmation is attached as Exhibit "A".

5. Affiant is informed and believes that the cheese was processed by Battaglia from large blocks of cheese manufactured by the Plaintiff, Winona Foods, Inc., and shipped to Battaglia by some unknown mode of transportation that did not involve Defendant, Kennedy Logistics.

6. At the time of the pickup, Battaglia issued a Bill of Lading, a memorandum of which is attached to this affidavit as Exhibit "B". This memorandum lists Winona Foods as "consignee" and Battaglia Distributing as the shipper.

7. Battaglia loaded the shredded cheese into boxes, loaded them on pallets and stacked those in a refrigerated trailer provided by Defendant, Kennedy Logistics.

8. On inspection in Illinois, Defendant, Kennedy Logistics, representatives in Romeoville, Illinois, observed some shifting of boxes in the trailer as a result of Battaglia's inadequate loading procedures or inadequate packaging tensile strength.

9. The trailer was delivered to the Burlington Northern/Santa Fe Railroad Company at Willow Springs, Illinois, on June 19, 2007, for loading on railroad flatcars as an intermodal shipment.

10. The railroad transported the refrigerated trailer to Los Angeles, California, where it was picked up on June 22, 2007, by Defendant, Kennedy Logistics', driver whose name is Ralph Gongora.

11. On Friday, June 22, 2007, Defendant, Kennedy Logistics' driver attempted delivery at the loading dock of Winona Foods' customer, Real Mex Foods, Inc., ("Real Mex") in Buena Park, California. The load was properly refrigerated at the time of delivery.

12. Defendant's driver was instructed by Real Mex to physically unload the trailer box by box and leave the product on their unrefrigerated dock.

13. Although Defendant, Kennedy Logistics' driver requested assistance from Real Mex, the dock personnel refused to assist him as he manually transferred a part of the load to the loading dock.

14. Real Mex closed for the weekend at 5:00 p.m. and Defendant, Kennedy Logistics' driver, took the remainder of the load for storage over the weekend.

15. On Monday, June 25, 2007, Kennedy Logistics' driver returned to Real Mex which received the balance of the load and made other arrangements for disposal.

16. A dispute has arisen between the Kennedy Logistics' driver and the employees of Real Mex as to whether the load was properly refrigerated at the time of delivery. That discovery was made in California.

17. Defendant, Kennedy Logistics, has no contractual relationship with Plaintiff, Winona Foods. Kennedy Logistics contracts were either with Genco, which placed the order, or Battaglia Distributing of Chicago, Illinois, which issued the Bill of Lading.

s/ Norman Breyer
Norman Breyer

Subscribed and sworn to before me
this 28th day of March, 2008.

s/ Jamie Altman
Notary Public, State of Illinois
My commission expires  10/19/11

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Attorney Tori L. Kluess
Liebmann, Conway, Olejniczak & Jerry, S.C.
231 South Adams Street
P.O. Box 23200
Green Bay, WI 54305-3200
Phone: (920) 437-0476
Fax: (920) 437-2868
Email: tlk@lcojlaw.com

Attorney Kristen M. Hooker
Liebmann, Conway, Olejniczak & Jerry, S.C.
231 South Adams Street
P.O. Box 23200
Green Bay, WI 54305-3200
Phone: (920) 437-0476
Fax: (920) 437-2868
Email: kmh@lcojlaw.com

Dated this 28th day of March, 2008.

    s/ Thomas L. Schober
    Thomas L. Schober
    State Bar No. 1013951
    Davis & Kuelthau, s.c.
    Attorneys for Defendant,
    Timothy J. Kennedy, Inc.
    d/b/a Kennedy Logistics & Warehouse

**POST OFFICE ADDRESS:**
Davis & Kuelthau, s.c.
318 South Washington, Suite 300
Green Bay, WI 54301
Phone: (920) 435-9378
Fax: (920) 435-9391
E-mails:    tschober@dkattorneys.com

06/14/2007

Phone: 888-450-0342
Fax: 888-201-9169
After hours Cell #: 920-360-6110

Jeff - ext. 2014
Crystal - ext. 2005
Nicole - ext. 2009

gfs@genco.com



Genco
1400 Lombardi Avenue
Suite 204
Green Bay, WI 54304

Bill To:

Genco
1400 Lombardi Avenue
Suite 204
Green Bay, WI 54304

---

| Carrier: Kennedy Transportation | Phone #: 800-323-3734 | Fax #: 815-293-3701 | ATTN: |

Genco Shipment #: GN-20070614-6

***GENCO SHIPMENT & CARRIER PRO # MUST APPEAR ON ALL BILLING***

PO #: 79373  BOL #: FM0600002429

Weight: 40,000
Pallet: 20.00
Special Req: Pallet Exchange Required

Trailer Type: Temperature Controlled 53'
Product Type: Cheese
Hazardus Material: NO
Lift Gate: NO

---

**Pickup 1**  312-738-1111
Battaglia Distribution
2545 South Ashland Ave

Chicago, IL 60608

Pickup #:
Hours of Operation:
Requested Ship Date: ~~06/18/2007~~  6/19/07 @ 0900

Notes:

---

**Stop 1**  714-523-0031
Real Mex Foods
7150 Village Drive

Buena Park, CA 90621

Hours of Operation:
Requested Delivery Date: 06/21/2007 12:00:00

Notes:

---

**Pay Summary:**

| | |
|---|---|
| FLAT RATE: | $2,550.00 |
| FUEL SURCHARGE: | $0.00 |
| OTHER: | $0.00 |
| **TOTAL:** | **$2,550.00** |

**Accessorial Charges:**

| | | | |
|---|---|---|---|
| TONU | $0.00 | Driver Unload/Sort/Segregate: | $0.00 |
| Detention at Origin: | $0.00 | Lumper: | $0.00 |
| Detention at Dest: | $0.00 | Special Handling: | $0.00 |
| | | Preload/Drop: | $0.00 |

---

1 Carrier agrees to the following conditions with regards to the tender above.
2 All Trailers Must Be Clean Of Debris And Odor Free
3 Load Locks And Or Straps Required
4 All Fuel And Extra Drops (If Applicable) Are Included In The Above Rate
5 Carrier agreed to provide status updates within 4 hours of events - to include all Pick up and Delivery. If status updates are not provided as prescribed a fee of $25.00 will be taken out of the current payment listed above.
6 All confirmational which would be probable of adverse to handle delay shall be immediately communicated to GENCO by Carrier.
7 All Proforms / Reschedules Must Be Handled Through Our Office.
8 All Accessorial Charges Must Be Pre-Approved & Billed With Receipt & Fee. Failure To Do So Will Result In Non-Payment Of Such Charges
9 Carrier Agrees To Provide Immediate Notice Of Any Accessorial Charges Prior To Incursion. For Those Not Listed On The Tender Above And The Written Approval From Genco For Such Charges Will Be Needed In Order For Payment.
10 All Loads Must Be Completed. With All Final Status Updates Provided By The Carrier. If A Carrier Has Not Provided Appropriate Load Completion Data And Signed Bill Of Lading. Payment Will Not Be Made Until Such Items Have Been Received By Genco.
11 If late delivery with no communication, Carrier will be charged $50.00
12 Carrier must Fax The Pod / Bol To 920-593-8960 (Referencing The Above Shipment ID) Within 24 Hours Of Delivery
Payment  Requires Bol / Delivery Receipt / Signed Rate Confirmation Sheet
If Carrier fails to provide POD within 24 hours as requested, a fee of $25.00 will be taken out of the Carriers payment listed above.
13 Payment Terms Are 30 Days From Receipt Of Invoice At Genco.
14 Insurance Carriers Providing Transportation Services To Genco Must, at A Minimum, Of The Following
General Liability $1,000,000 Minimum Limit Combined Single Limit Bodily Injury And Property Damage Per
Automotive Liability $1,000,000 Minimum Limit Combined Single Limit Bodily Injury And Property Per
Worker's Compensation $100,000 Employer's Liability Of Statutory Limits Must Be In Full Compliance With The Laws Of All States And Provinces In Which Transportation Services Are Performed.
Cargo $100,000 Minimum Limit Per Vehicle With Coverage For Full Actual Value Unless A Higher Level Of Liability Per Shipment Is Specified
15 Carrier warrants that it holds any and all necessary licenses, permits and any other required approvals from the US Department of Transportation, and/or any other federal, state, local or provincial government to perform services under this agreement.
In addition the carrier warrants that its business, vehicles, drivers and other personnel are qualified and are and will be in compliance with all rules, regulations, orders or requirements from any transportation authority. Carrier will not accept a shipment from GENCO or it's customers if that shipment would require Carrier or any of its agents, employees or subcontractors to exceed or violate any speed or safety laws or related regulations.
16 Carrier authorizes GENCO to reduce payments made to them by up to $25.00 per load for loads where they have not provided timely status updates within 4 hours of occurrence, and up to $50.00 for late pickup or deliveries.

---

DRIVER NAME: _____  TRK#: _____  TRLR#: _____  DRIVER CELL#: _____

SIGNATURE: *Frank [signature]*  DATE: 6-14-07  CARRIER PRO #: 115020

EXHIBIT "A"

| THIS MEMORANDUM | is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record. | This is to certify that the herein-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. |
|---|---|---|

**BATTAGLIA DISTRIBUTING CO.**
2545 S. Ashland Ave.
Chicago, IL 60608
(312) 738-1111

009111

Shipper No. _____
Carrier No. _____
Date 6/19/07

Kennedy
(Name of Carrier)    (SCAC)

TO: Consignee: WINONA Foods
FROM: Shipper: Saputo
Street: 1552 Lineville Rd
Destination: Green Bay, Wis 54313
U.S. DOT Hazmat Reg. Number

| | | | |
|---|---|---|---|
| 2000 lb | Shredded (45#) Mont. Jack | | |
| | 18 pallets @ $1 | | |
| 2000 lb | 5 pallets @ 90 | | |
| | 1 pallet @ 92 | | |
| | P.O.# D722796-001 | | |
| | TRAILER # 204 | | |
| | 24 pallets out | | |
| | — no exchange | | |
| | Keep Refrigerated | | |
| | A Robinson 6-19-07 | | |
| | 445 | | |

REMIT C.O.D. TO: ADDRESS

COD Amt: $

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐

TOTAL CHARGES: $

FREIGHT CHARGES:
FREIGHT PREPAID Check box except when if charges are box at right to be is checked ☒ collect

SHIPPER BATTAGLIA DISTRIBUTING CO., 2545 S. Ashland Ave.
PER
EMERGENCY RESPONSE TELEPHONE NUMBER:

CARRIER
PER
DATE

4

EXHIBIT "B"