UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

WINONA FOODS, INC.,

       Plaintiff,

   v.

TIMOTHY J. KENNEDY, INC.
d/b/a KENNEDY LOGISTICS & WAREHOUSE,

       Defendant.

Case No. 07-C-1003
Honorable William C. Griesbach

---

## CERTIFICATE OF INTEREST

---

The undersigned, counsel of record for the above-designated Defendant, furnishes the following information in accordance with Local Rule 5.05:

(1)    The Defendant's full name is Timothy J. Kennedy d/b/a Kennedy Logistics of Illinois.

(2)    Timothy J. Kennedy d/b/a Kennedy Logistics of Illinois is an Illinois corporation.

       (i)    Plus Transportation, Inc., an Illinois corporation. (Its parent corporation.)

       (ii)    None. (A list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party.)

(c)    The law firm of Davis & Kuelthau, s.c. is the only firm whose attorneys names appear or are expected to appear for the Defendant in this action.

2

Dated: March 28, 2008                    DAVIS & KUELTHAU, S.C.


                                         s/ Thomas L. Schober
                                         Thomas L. Schober
                                         State Bar No.: 1013951
                                         Attorneys for Defendant,
                                         Timothy J. Kennedy, Inc.
                                         d/b/a Kennedy Logistics of Illinois


**POST OFFICE ADDRESS:**
Davis & Kuelthau, s.c.
318 South Washington, Suite 300
Green Bay, WI  54301
Phone:  (920) 435-9378
Fax:  (920) 435-9391
E-mail:  tschober@dkattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Attorney Tori L. Kluess
Liebmann, Conway, Olejniczak & Jerry, S.C.
231 South Adams Street
P.O. Box 23200
Green Bay, WI  54305-3200
Phone:  (920) 437-0476
Fax:  (920) 437-2868
Email:  tlk@lcojlaw.com

Attorney Kristen M. Hooker
Liebmann, Conway, Olejniczak & Jerry, S.C.
231 South Adams Street
P.O. Box 23200
Green Bay, WI  54305-3200
Phone:  (920) 437-0476
Fax:  (920) 437-2868
Email:  kmh@lcojlaw.com

Dated this 28th day of March, 2008.

s/ Thomas L. Schober
Thomas L. Schober
State Bar No. 1013951
Davis & Kuelthau, s.c.
Attorneys for Defendant,
Timothy J. Kennedy, Inc.
d/b/a Kennedy Logistics of Illinois

**POST OFFICE ADDRESS:**
Davis & Kuelthau, s.c.
318 South Washington, Suite 300
Green Bay, WI  54301
Phone:  (920) 435-9378
Fax:  (920) 435-9391
E-mails:   tschober@dkattorneys.com