IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

WINONA FOODS, INC.,

      Plaintiff,

-vs-

                             Case No. 07-C-1003

TIMOTHY J. KENNEDY, INC., d/b/a
KENNEDY LOGISTICS & WAREHOUSE,

      Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, a true and correct copy of Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss and Motion for Change of Venue was filed by ECF which will automatically serve all involved counsel.

Dated at Green Bay, Wisconsin this 21st day of April, 2008.

                By:   s/ Kristen M. Hooker_____
                      Tori L. Kluess, State Bar No. 1017508
                      Kristen M. Hooker, State Bar No. 1049878
                      Attorneys for Plaintiff
                      LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C.
                      231 South Adams Street
                      Green Bay, WI 54301
                      P.O. Box 23200
                      Green Bay, WI 54305-3200
                      Phone: 920-437-0476
                      Fax: 920-437-2868
                      tlk@lcojlaw.com
                      kmh@lcojlaw.com

#311754