# United States District Court
# Eastern District of Wisconsin (Green Bay)
# CIVIL DOCKET FOR CASE #: 1:07–cv–01003–WCG

Winona Foods Inc v. Timothy J Kennedy Inc

Assigned to: Judge William C Griesbach

Cause: 49:11702(a)(4) Violations of Interstate Commerce A

Date Filed: 11/13/2007

Jury Demand: Plaintiff

Nature of Suit: 450 Commerce ICC Rates, Etc.

Jurisdiction: Federal Question

**Plaintiff**

**Winona Foods Inc**                            represented by   **Kristen M Hooker**
Liebmann Conway Olejniczak &Jerry SC
231 S Adams St
PO Box 23200
Green Bay, WI 54305–3200
920–437–0476
Fax: 920–437–2868
Email: kmd@lcojlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tori L Kluess**
Liebmann Conway Olejniczak &Jerry SC
231 S Adams St
PO Box 23200
Green Bay, WI 54305–3200
920–437–0476
Fax: 920–437–2868
Email: tlk@lcojlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Timothy J Kennedy Inc**                       represented by   **Thomas L Schober**
*doing business as*                                              Davis &Kuelthau SC
Kennedy Logistics &Warehouse                                     318 S Washington St – Ste 300
Green Bay, WI 54301
920–435–9378
Fax: 920–435–9391
Email: tschober@dkattorneys.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2007 | Ï 1 | COMPLAINT (Summons(es) issued) against Timothy J Kennedy Inc filed by Winona Foods Inc. Consent Forms Distributed for Magistrate Judge William E Callahan. Jury Demand. (Filing Fee Paid $350). (Attachments: # 1 Civil Cover Sheet)(mec) (Entered: 11/14/2007) |

| 11/13/2007 | Ï 2 | CERTIFICATE of Interest by Winona Foods Inc. (mec) (Entered: 11/14/2007) |
|---|---|---|
| 11/19/2007 | Ï 3 | Refusal to Jurisdiction by US Magistrate Judge by Winona Foods Inc. (Hooker, Kristen) |
| 11/19/2007 | Ï 4 | CERTIFICATE OF SERVICE by Winona Foods Inc (Hooker, Kristen) |
| 03/28/2008 | Ï 5 | MOTION to Dismiss for Lack of Jurisdiction *or in the Alternative*, MOTION to Change Venue *pursuant to 28 U.S.C. 1404(a)* by Timothy J Kennedy Inc. (Schober, Thomas) |
| 03/28/2008 | Ï 6 | BRIEF in Support filed by Timothy J Kennedy Inc re 5 MOTION to Dismiss for Lack of Jurisdiction *or in the Alternative* MOTION to Change Venue *pursuant to 28 U.S.C. 1404(a)*. (Schober, Thomas) |
| 03/28/2008 | Ï 7 | AFFIDAVIT of Norman Breyer. (Schober, Thomas) |
| 03/28/2008 | Ï 8 | CERTIFICATE of Interest by Timothy J Kennedy Inc. (Schober, Thomas) |
| 04/21/2008 | Ï 9 | BRIEF in Opposition filed by Winona Foods Inc re 5 MOTION to Dismiss for Lack of Jurisdiction *or in the Alternative* MOTION to Change Venue *pursuant to 28 U.S.C. 1404(a)*. (Hooker, Kristen) |
| 04/21/2008 | Ï 10 | CERTIFICATE OF SERVICE by Winona Foods Inc (Hooker, Kristen) |
| 05/02/2008 | Ï 11 | REPLY BRIEF in Support filed by Timothy J Kennedy Inc re 5 MOTION to Dismiss for Lack of Jurisdiction *or in the Alternative* MOTION to Change Venue *pursuant to 28 U.S.C. 1404(a)*. (Schober, Thomas) |
| 06/26/2008 | Ï 12 | DECISION AND ORDER DENYING 5 Motion to Dismiss ; GRANTING 5 Motion to transfer case, and the court orders the case TRANSFERRED to the Northern District of Illinois for further proceedings. (cc: all counsel) (Griesbach, William) |
| 06/27/2008 | Ï | Case electronically transferred to Northern District of Illinois. (mec) |