UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WINONA FOODS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIMOTHY J. KENNEDY, INC., ) <br> ) <br> Defendants. ) | Case No. 1:08-cv-03706 <br><br> Judge Maria Valdez |

### MOTION TO SUBSTITUTE ATTORNEYS OF RECORD

Metzler, Timm, Treleven & Hermes, S.C., and Michael L. Hermes, and Liebmann, Conway, Olejniczak & Jerry, S.C., and Kristen M. Hooker and Tori L. Kluess, respectfully move this Court for leave to allow Metzler, Timm, Treleven & Hermes, S.C., and Michael L. Hermes to substitute in place of Liebmann, Conway, Olejniczak & Jerry, S.C., and Kristen M. Hooker and Tori L. Kluess, as attorneys of record for Plaintiff, Winona Foods, Inc., pursuant to Northern District Local Rule 83.17. In support of this motion, Plaintiff states:

1. Kristen M. Hooker and Tori L. Kluess have a potential conflict of interest that prevents them and their firm of Liebmann, Conway, Olejniczak & Jerry, S.C., from continuing to represent Plaintiff.

2. Plaintiff, Winona Foods, Inc., has secured alternative counsel, Metzler, Timm, Treleven & Hermes, S.C.

3. This case was transferred from the Eastern District of Wisconsin to the Northern District of Illinois on June 30, 2008.

4. Kristen M. Hooker and Tori L. Kluess are not members of the Northern District of Illinois Bar.

5. Michael L. Hermes has filed a Motion for Leave to Appear Pro Hac Vice.

WHEREFORE, Plaintiff, Winona Foods, Inc., respectfully requests this Court to

enter an order allowing Liebmann, Conway, Olejniczak & Jerry, S.C., specifically Kristen M. Hooker and Tori L. Kluess, to withdraw their appearance as attorneys of record and substitute Metzler, Timm, Treleven & Hermes, S.C., and Michael L. Hermes, as counsel for Plaintiff pursuant to Northern District of Illinois Local Rule 83.17.

Respectfully submitted this 27th day of August, 2008,

LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C.

By: s/ Tori L. Kluess
WI State Bar No. 1017508
P.O. Box 23200
Green Bay, WI 54305-3200

METZLER, TIMM, TRELEVEN & HERMES, S.C.

By: s/ Michael L. Hermes
WI State Bar No. 1019623
222 Cherry Street
Green Bay, WI 54301-4223
(920) 435-9393
Email: mhermes@mtthlaw.com