# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3706 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Winona Foods Inc vs. Timothy J. Kennedy Inc. | | |

**DOCKET ENTRY TEXT**

Magistrate Judge Status hearing held on 8/28/08. Motion for substitution [23] is granted. Kristen M. Hooker and Tori L. Kluess from Liebmann, Conway, Olejniczak & Jerry, S.C.'s appearance is hereby withdrawn. Michael L. Hermes from Metzler, Timm, Treleven & Hemes, S.C. shall file their appearance as counsel for plaintiff. Status hearing continued to 10/14/08 at 9:30 a.m. for potential settlement conference.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | yp |
|---|---|---|